# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-00258-WSD
### Purchasing Power, LLC v. Bluestem Brands, Inc.
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 10/22/2014.

TIME COURT COMMENCED: 1:00 P.M.
TIME COURT CONCLUDED: 3:00 P.M.    COURT REPORTER: Nick Marrone
TIME IN COURT: 2:00    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kerry Bundy representing Bluestem Brands, Inc.<br>Audra Dial representing Bluestem Brands, Inc.<br>Jeffrey Justman representing Bluestem Brands, Inc.<br>Randall Kahnke representing Bluestem Brands, Inc.<br>Joseph Letzer representing Purchasing Power, LLC<br>Elizabeth Shirley representing Purchasing Power, LLC |
| PROCEEDING CATEGORY: | Evidentiary Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Evidentiary Hearing held. WItnesses John Schnabel and Gregory Birge sworn and testified. Plaintiff Exhibits 7, 8, 9, and 10 admitted. Plaintiff directed to produce requested documents to chambers by 10/28/14. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |